IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 22 2017

BY
_____ DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17CR 15 |
| | § | JUDGE RC/KNM |
| GRACIE BRISCO (01) and | § | |
| ROBERT BRISCO (02) | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Ron Clark to whom the following related cases are assigned:

**Criminal No. 6:17CR01; United States of America v. Sharon Durham**
**Criminal No. 6:17CR12; United States of America v. LaTonya Walton**
**Criminal No. 6:17CR13; United States of America v. Emelia Lacey**
**Criminal No. 6:17CR14; United States of America v. Whitney Perry**

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purposed specified in General Order No. 92-15.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX  75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov